# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

MICHAEL J. HOWARD,

        Petitioner,      :    Case No. 1:19-cv-274

  - vs -                    District Judge Matthew W. McFarland
                                 Magistrate Judge Michael R. Merz

WARDEN,
  Pickaway Correctional Institution,

                                 :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby TRANSFERRED from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz to help balance the Magistrate Judge workload in the District.

August 14, 2020.

                                                      s/ *Michael R. Merz*
                                                 United States Magistrate Judge