IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL J. HOWARD, | : | Case No. 1:19-cv-274 |
| Petitioner, | : | Judge Matthew W. McFarland |
| v. | : | |
| WARDEN,<br>Pickaway Correctional Institution, | : | |
| Respondent. | : | |

ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATIONS (Doc. 16)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed, and the time for filing such objections has expired, the Court **ADOPTS** said Report and Recommendations in its entirety and **DISMISSES** this action with prejudice. Since reasonable jurists would not disagree with this conclusion, it is **ORDERED** that Petitioner is denied a certificate of appealability. The Court also **CERTIFIES** that any appeal would be objectively frivolous and that Petitioner should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND