IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

MICHAEL J. HOWARD, : Case No. 1:19-cv-274
:
    Petitioner, : Judge Matthew W. McFarland
:
v. :
:
WARDEN, :
 Pickaway Correctional Institution, :
:
    Respondent. :

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 29)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 29) to whom this case was referred pursuant to 28 U.S.C. § 636(b) and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. Accordingly, it is hereby **ORDERED** that Petitioner's Motion for Relief from Judgment (ECF No. 27) be **GRANTED**. Petitioner shall file objections to the Report and Recommendation on the merits (ECF No. 16) within fourteen days from the date of this entry.

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND